■ In the Matter of the Accounting of HOWARD SPINGARN et al., as Executors of LEOPOLD SPINGARN, Deceased, Respondents. CLAIRE SPINGARN, Appellant; PAULINE B. PAGLIN et al., Respondents.— Decree so far as appealed

from unanimously affirmed, with costs to all parties appearing separately and filing briefs, payable out of the estate. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.